■ NIDIA PLUTNO, Appellant-Respondent, v RAFOLIN CORP., Defendant, and FLORIN A. VASILESCU, Respondent-Appellant. — Order of the Supreme Court, Queens County, dated July 26, 1983, affirmed, without costs or disbursements, for reasons stated in the memorandum of Justice Cohen at Special Term. Mollen, P. J., Lazer, Thompson and Boyers, JJ., concur.